No. 92-1374. MILLER v. REDEVELOPMENT AUTHORITY OF WASHINGTON COUNTY, PENNSYLVANIA. Commw. Ct. Pa. Certiorari denied.

No. 92-1387. McNUTT v. GTE FLORIDA, INC. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 92-1409. GACKENBACH v. UNIROYAL, INC. C. A. 3d Cir. Certiorari denied.

No. 92-1416. CRAWFORD v. LANDMARKS GROUP PROPERTIES CORP. Sup. Ct. Ga. Certiorari denied.

No. 92-1429. McGAUGHEY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92-1460. COFFIN ET AL. v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 92-5444. HARRISON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 92-5570. KENNEDY ET VIR v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 92-5956. ADAMS v. PETERSON, SUPERINTENDENT, OREGON STATE CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 92-6768. WESTMORELAND v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92-6784. PATTEN v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 92-6851. WALKINGEAGLE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92-6886. OSPINA-BORJA v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 6th Cir. Certiorari denied.